No error.

---

STATE OF NORTH CAROLINA v. HAROLD JUNIOR NUNN

— AND —

STATE OF NORTH CAROLINA v. JERRY BUMPASS

No. 7514SC64

(Filed 2 April 1975)

APPEAL by defendants from *Braswell, Judge.* Judgments entered 24 October 1974 in Superior Court, DURHAM County. Heard in the Court of Appeals 21 March 1975.

*Attorney General Edmisten by Assistant Attorney General Myron C. Banks for the State.*

*Robert F. Baker for defendant appellant Nunn.*

*Edward G. Johnson for defendant appellant Bumpass.*

BRITT, HEDRICK, and MARTIN, Judges.

No error.